**Eric HECKMAN, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. ED 100853.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 23, 2014.

Matthew D. Fry, Clayton, MO, for appellant.

Rachel M. Jones, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., ROY L. RICHTER, J., and ROBERT M. CLAYTON III, J.

#### *ORDER*

PER CURIAM.

Eric Heckman appeals the judgment of the Circuit Court of St. Louis County sustaining a one-year revocation of his driver's license for refusal to submit to a chemical test to determine his blood alcohol content. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have,

however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).